UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JAMES J. WALDRON, CLERK            CASE NO:   09-28070    MBK
                                       IN RE:    Donald  Bellott

## NOTICE OF FUNDS ON HAND IN CASE CONVERTED
## FROM CHAPTER 13 TO CHAPTER 7

Albert Russo, Standing Chapter 13 Trustee, is currently holding $ 4,525.00  on account of debtor(s) Chapter 13 Plan Payments. The Trustee proposes to disburse these funds on hand in this converted case as is described below. If any creditor or other party in interest has an objection to the disbursement, the objection and request for a hearing on such objection shall be in writing, served upon the Standing Chapter 13 Trustee and filed with the clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the clerk and served upon the Standing Chapter 13 Trustee, Chapter 7 Trustee, Debtor and Debtor's Counsel, by no later than  4/6/10  (14 days from the date of this Notice)

In the event an objection is timely filed, a hearing thereon will be held before the Honorable   Michael B. Kaplan  on 4/13/10  at   9:00    a.m., at the United States Bankruptcy Court in Trenton, Courtroom No:  3  .

If no objection is filed with the Clerk and served upon the Standing Chapter 13 Trustee on or before fourteen (14) days from the date of this Notice, the disbursement, less any applicable Trustee Commission, will be consummated as proposed on the Standing Chapter 13 Trustee's next scheduled disbursement cycle.

The proposed disbursement shall be as follows:

 x   All funds on hand shall be disbursed to debtor(s) pursuant to 11 U.S.C. § 1326 (a)(2).

___  Pursuant Fed. R. Bankr.P. 2016(b), debtor(s) Counsel is due $_____ . As a result, funds on hand, less applicable Trustee Commission, is to be paid to Counsel and any balance remaining on hand to be returned to debtor(s).

___  Other:

Request for additional information about the nature of the disbursement, or any objections to same, should be directed to: Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650.  Fax:  609-587-9676

DATED:  3/22/10                                                         New. 2/1/09